Ordinance 2022-574E Charitable Solicitation Permit in Public Roadways

City Traffic Engineer's List Definitive List of Safety Methods

All charitable solicitation activities with a public right-of-way shall follow these safety practices:

- Wear a bright orange or fluorescent green safety vest.
- Post warning signs in advance of the solicitation area
    - Signs shall be at least 2 feet by 2 feet warning (diamond) shaped signs, orange in color.
    - Signs shall be posted at least 350 feet in advance of activity.
    - On multi lane roads with medians, two signs shall be posted. One in the median and one on the roadway shoulder.
    - Signs shall bear the message "CHARITY SOLICITATION AHEAD".
- Actions of people in the motor vehicle lanes engaged in soliciting:
    - Be aware of traffic signal operations and vehicle movements.
    - Stay out of roadway while vehicles are moving.
    - Quickly exit the roadway when traffic signals turn green.
    - Do not impede the flow of traffic.