# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

THE COSAC FOUNDATION, INC.
dba The Homeless Voice,

    Plaintiff,

v.

Case No. 3:24-cv-213-TJC-JBT

CITY OF JACKSONVILLE,
FLORIDA, a Florida municipal
corporation,

    Defendant.

## O R D E R

**THIS CASE** came before the Court on March 5, 2024, for a status conference on The Cosac Foundation, Inc.'s Motion for Preliminary Injunction, Doc. 2, the record of which is incorporated by reference.

Accordingly, it is hereby

**ORDERED:**

1. The City of Jacksonville shall respond to Cosac's Motion for Preliminary Injunction, Doc. 2, no later than **April 5, 2024**. The response is limited to thirty pages.

2. If Cosac elects to file a reply, it shall be filed no later than **April 26, 2024,** and is limited to fifteen pages.

3. The Court will hold an in person hearing on **May 17, 2024**, **at 10:00 A.M.**[1] before the undersigned on Cosac's Motion for Preliminary Injunction, Doc. 2, in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.[2] Any document(s) a party wants the Court to consider at the hearing must be included with the briefing, and no witness testimony will be permitted.

4. After the hearing on Cosac's Motion for Preliminary Injunction, the Court will establish a deadline for the City of Jacksonville to respond to the complaint, Doc. 1.

The case mentioned by the Court is Vigue v. Shoar, 3:19-cv-186-TJC-JBT. For Vigue, the Order Granting Preliminary Injunction, Doc. 32, is 2019 WL 1993551, and the Court's order on cross motions for summary judgment, Doc. 77, is 494 F. Supp. 3d 1204 (M.D. Fla. 2020). The Vigue case may or may not be pertinent to this case.

---

[1] As the Court indicated, the hearing date of May 17, 2024, is dependent on a earlier trial ending in the time scheduled. In case the Court needs to reschedule, it is asking the parties to hold open **May 31, 2024, at 2:00 p.m.** as an alternate date and time for the hearing.

[2] All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02.

3

**DONE AND ORDERED** in Jacksonville, Florida the 6th day of March, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

ddw
Copies:

Counsel of record