UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| **THE COSAC FOUNDATION, INC.** <br> v. <br> **CITY OF JACKSONVILLE, FLORIDA** | **CASE NO. 3:24-cv-213-TJC-JBT** |

| | |
|---|---|
| <u>Counsel for Plaintiff:</u> <br> Raymond Taseff, Esq. <br> Benjamin James Stevenson, Esq. | <u>Counsel for Defendant:</u> <br> Mary Margaret Giannini, Esq. <br> Craig D. Feiser, Esq. <br> Michael Fackler, Esq. |

**HONORABLE TIMOTHY J. CORRIGAN**
**UNITED STATES DISTRICT JUDGE**

**Courtroom Deputy:** Timothy Luksha
**Court Reporter:** Shannon Bishop

## CLERK'S MINUTES

**PROCEEDINGS OF HEARING:** Motion Hearing

The Court heard argument on Plaintiff's Motion for Preliminary Injunction (Doc. 2).

The matter is taken under advisement. Order to enter.

DATE: May 17, 2024          TIME: 10:08 a.m. – 11:59 p.m.