# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

THE COSAC FOUNDATION,
DOING BUSINESS AS THE HOMELESS VOICE,

    Plaintiff,

v.                                        Case No. 3:24-CV-213-TJC-JBT

CITY OF JACKSONVILLE, A FLORIDA
MUNICIPAL CORPORATION,

    Defendant.

_____

## **JOINT MOTION FOR EXTENSION OF TIME TO FILE NOTICE**

Plaintiff and Defendant, by and through undersigned counsel, hereby jointly move for a one-week extension of time, through and including June 14, 2024, to file their joint notice advising the Court of the appropriate next step for the case, as required by this Court's Order (Doc. 27). In support, the parties state the following.

In its Order denying Plaintiff's Motion for Preliminary Injunction, the Court required the parties, by June 7, to "file a joint notice advising the Court of the appropriate next step for the case." Doc. 27 at 2. On May 30, 2024, counsel for both parties, in accordance with Local Rule 3.01(g), conferred via telephone conference to discuss their views on how this case should proceed. The parties have made progress, but require additional time to finalize the proposal and discuss it with their clients.

Several of the parties' attorneys have other commitments that make it difficult to complete the notice by the deadline. Ray Taseff, attorney for Plaintiff, is on vacation this week and next, and will not return until after the deadline. Dante Trevisani, attorney for Plaintiff, is attending an out-of-town conference the week of June 3rd. And Craig Feiser, attorney for Defendant, is presenting oral argument in the Eleventh Circuit Court of Appeals on June 6 in the case of *Wacko's Too, Inc. v. City of Jacksonville*, Case No. 23-10801.

This brief extension of time will not affect any deadlines in this case, as none have been set yet. This motion is not being made for the purpose of delay, or any other improper purpose. This brief extension will allow all parties to give sufficient consideration to the proposal, discuss it with their clients, and present it to the Court.

Wherefore, the parties respectfully request a one-week extension of time, through and including June 14, 2024, to file their joint notice advising the Court of the appropriate next step for the case.

Dated: May 31, 2024

       Respectfully submitted,

       Dante P. Trevisani
       Florida Bar No. 72912
       dtrevisani@floridajusticeinstitute.org
       Ray Taseff
       Florida Bar No. 352500

rtaseff@floridajusticeinstitute.org
Andrew Udelsman
Florida Bar No. 1051696
audelsman@floridajusticeinstitute.org
Florida Justice Institute, Inc.
40 NW 3rd Street Suite 200
Miami, Florida 33128
305-358-2081
305-358-0910 (Fax)

Benjamin Stevenson
Florida Bar No. 598999
Email: *bjs@stevenson-legal.com*
Stevenson Legal, PLLC
919 Panferio Dr.
Pensacola Beach, Florida 32561-2247
702-206-6708

By: ___*/s/ Dante Trevisani*___
    Dante Trevisani

**Attorneys for Plaintiff**


Craig D. Feiser, Assistant General Counsel
Florida Bar No. 164593
CFeiser@coj.net; BOsburn@coj.net
Mary Margaret Giannini, Assistant General Counsel
Florida Bar No. 1005572
MGiannini@coj.net;
Office of the General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
(904) 255-5100 (Telephone)
(904) 255-5120 (Facsimile)

By: */s/MaryMargaret Giannini*
 Mary Margaret Giannini

**Attorneys for Defendant**

3