**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

THE COSAC FOUNDATION, INC.,
d/b/a The Homeless Voice,

    Plaintiff,

v.                                                      Case No. 3:24-cv-213-TJC-JBT

CITY OF JACKSONVILLE,
FLORIDA, a Florida municipal
corporation,

    Defendant.
_____/

## CASE MANAGEMENT AND SCHEDULING ORDER

Having considered the case management report prepared by the parties, the Court enters this case management and scheduling order:

| | |
|---|---:|
| Deadline for providing mandatory initial disclosures. | **July 15, 2024** |
| Deadline for moving to join a party or amend the pleadings. | **August 12, 2024** |
| Deadline for disclosing expert reports.<br>                                                             Plaintiff:<br>                                                             Defendant:<br>                                                             Rebuttal: | **October 8, 2024**<br>**October 8, 2024**<br>**November 5, 2024** |
| Deadline for completing discovery and filing motions to compel. | **December 10, 2024** |
| Deadline for filing dispositive and <u>Daubert</u> motions (responses are due 21 days after service unless otherwise ordered; summary judgment replies—limited to 7 pages—are permitted 14 days after service of a response). | **January 7, 2025** |

| | |
|---|---:|
| Mediation deadline. | **January 21, 2025** |
| Deadline for filing the joint final pretrial statement and all other motions including motions in limine. | **May 14, 2025** |
| Date and time of the final pretrial conference. | **May 21, 2025 10:00 a.m.** |
| Trial term begins. | **June 2, 2025** |
| Estimated length of trial. | **2–5 days** |
| Jury/non-jury/bench. | **Bench** |

1. With respect to discovery matters, the date set forth above is the <u>final</u> date discovery must be completed. All discovery motions must be filed promptly so that the requested discovery will be due <u>before</u> the deadline. Specifically, motions to compel brought under Federal Rule of Civil Procedure 37 must be filed <u>no later than</u> the close of discovery. The parties should be aware that a stipulation to the continuance of discovery anticipates no discovery disputes. Therefore, this Court will not hear discovery disputes arising during a stipulated continuance. The parties are further advised that any extension of discovery will not result in an extension of the dispositive motion filing deadline or other pretrial or trial dates except upon order of the Court. If promptly raised, the deadline for amending pleadings is subject to extension based on new discovery or other good cause.

2. The parties are reminded of their obligation to comply with the redaction requirements set forth in Federal Rule of Civil Procedure 5.2.

3. Under Local Rule 3.01(a), any motion and supporting memorandum must be in a single document not to exceed 25 pages absent leave of the Court. Responses to motions may not exceed 20 pages absent leave of the Court. <u>Please deliver a courtesy copy of all dispositive and *Daubert* motions and responses, including copies of all relevant exhibits and depositions, to the undersigned's chambers. The Court requires the filing of complete deposition transcripts rather than excerpts.</u>

4. Except as otherwise ordered, the parties are directed to meet the pretrial disclosure requirements in Federal Rule of Civil Procedure 26(a)(3) and to timely adhere to all requirements in Local Rule 3.06 concerning final pretrial procedures. While counsel for the Plaintiff is responsible for initiating the pretrial compliance process, all parties are responsible for assuring its timely completion.

5. The parties must file a pretrial statement that complies with Local Rule 3.06(b) no later than the date noted in this Order and must provide the Court with two courtesy copies. In the pretrial statement, the parties must identify any depositions to be read at trial. At the final pretrial conference, the Court will establish a deadline to identify the specific pages of the depositions to be read at trial.

6. The final pretrial conference and trial will be held in Courtroom 10D of the Bryan Simpson United States Courthouse, 300 North Hogan Street,

Jacksonville, Florida. The pretrial conference must be attended by counsel who will act as lead counsel and who are vested with full authority to make and solicit disclosures and agreements touching on all matters pertaining to the trial.

7. Unless otherwise ordered by the Court, no later than **five days** before the trial term set forth above, the parties **must file** and provide two courtesy copies of the following:

   (a) <u>Each side</u> must file a **trial brief**, with citations of authorities and arguments specifically addressing all significant disputed issues of law likely to arise at trial; **and**

   (b) **Proposed Findings of Fact and Conclusions of Law** (each must be separately stated in numbered paragraphs; Findings of Fact must contain a detailed list of the relevant material facts the party intends to prove, in a simple, narrative form; Conclusions of Law must contain a full exposition of the legal theories relied upon by counsel).

8. Anyone entering the courthouse must present photo identification to Court Security Officers. Although cellphones, laptop computers, and similar electronic devices are generally not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02.[*]

9. If the dates set herein for the final pretrial conference and/or trial are continued or otherwise modified, the remaining provisions of this Order will remain in full force and effect.

---

[*]Cellphones must be turned off while in the courtroom.

- 4 -

10. **THE COURT HAS DONE EVERYTHING POSSIBLE TO SET APPROPRIATE DEADLINES FOR THIS CASE. THE PARTIES SHOULD PROCEED ACCORDINGLY. DO NOT ASSUME THAT THE COURT WILL EXTEND THESE DEADLINES.**

**DONE AND ORDERED** in Jacksonville, Florida, this 27th day of June, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

Counsel of record